UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61004-CIV-ZLOCH

AMERICO BETANCOURT, on his
own behalf and others
similarly situated,

    Plaintiff,

vs.

PALMCORP MANAGEMENT, LLC,
SILVER PALMS CONVERSION CORP.,
CARLOS J. TOSCA, GJEMS
HOLDINGS, INC., and ERROL
RAMDARIE,

    Defendants.
_____/

**ORDER ENTERING DEFAULT AS TO**
**DEFENDANTS GJEMS HOLDINGS,**
**INC. AND ERROL RAMDARIE**

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    Plaintiff initiated the above-styled cause with the filing of his Complaint (DE 1) on July 18, 2007. By prior Order (DE 25), the Court granted Plaintiff's Unopposed Motion To Amend Complaint (DE 24) to add additional Defendants. The added Defendants are GJEMS Holdings, Inc. and Errol Ramdarie, whom Plaintiff alleges were his employers.

    The Court notes that Defendants GJEMS Holdings, Inc. and Errol Ramdarie were duly served with process on October 31, 2007, and November 15, 2007, respectively. Thereafter, neither GJEMS Holdings, Inc. nor Errol Ramdarie has filed a response to Plaintiff's Amended Complaint (DE 24, Ex. C) within the time

prescribed by law. Fed. R. Civ. P. 12(a)(1).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Rule 55 Default be and the same is hereby entered against Defendants GJEMS Holdings, Inc. and Errol Ramdarie. Default Final Judgment shall be entered by separate Order of the Court; and

2. By <u>noon</u> on <u>Friday, January 11, 2007</u>, Plaintiff Americo Betancourt shall file a Motion For Final Judgment By Default, with supporting Affidavits and Exhibits, together with a proposed Default Final Judgment as to Defendants GJEMS Holdings, Inc. and Errol Ramdarie.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of DECEMBER, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

2